ERIC GRANT
United States Attorney
CATHERINE SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California, 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJINDER SINGH,<br><br>Plaintiff,<br><br>v.<br><br>USCIS, et al.<br><br>Defendants. | Case No. 2:26 -cv-01870-DJC-CKD<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

Defendants respectfully request an extension of time to respond to the Complaint, and Plaintiff does not oppose this request. On May 19, 2026, Plaintiff Manjinder Singh ("Plaintiff") filed a complaint seeking relief under the Administrative Procedures Act relating to the denial of his Form I-601A (Application for Provisional Unlawful Presence Waiver). The Complaint was served on May 26, 2026, making the current response deadline July 27, 2026. Counsel for Defendants consulted with counsel for defendant USCIS relating to this filing and has provided a detailed explanation of the agency's position to counsel for Plaintiff. Hence, the meet and confer process is underway but the parties need time to discuss the facts and law in advance of the potential filing of a Motion to Dismiss. Based on this status, the parties stipulate and jointly request an extension of the current deadline for Defendants to respond for a period of approximately forty-five (45) days. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

Based on the foregoing, the parties stipulate that the new date for Defendants to file an answer or other dispositive pleading is September 10, 2026. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

DATED: July 27, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: */s/ Robert Jobe (as authorized on July 27, 2026)*
ROBERT JOBE
Counsel for Plaintiff

ORDER

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Defendants shall have through and including September 10, 2026, to file their response or alternate pleading; and
2. All other deadlines shall be extended for a similar period of time.

Dated: July 27, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE