ERIC GRANT
United States Attorney
CATHERINE SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California, 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANJINDER SINGH,<br><br>Plaintiff,<br><br>v.<br><br>USCIS, et al.<br><br>Defendants. | Case No. 2:26 -cv-01870-DJC-CKD<br><br>JOINT STIPULATION FOR SECOND EXTENSION OF TIME; ORDER THEREON |

Plaintiff Manjinder Singh ("Plaintiff") filed the present complaint seeking relief under the Administrative Procedures Act relating to the denial of his Form I-601A, Application for Provisional Unlawful Presence Waiver ("I-601A Denial"). The parties stipulated to an extension of the deadline for Defendants' response in order to meet and confer regarding the facts and law in an effort to resolve informally and avoid a Motion to Dismiss by Defendants; this Court granted this stipulated request on July 28, 2026. ECF 11, 12. Since this extension, the parties have continued discussions and have made significant progress; however, more time is needed to advance discussions. Based on this status, the parties stipulate and jointly request an extension of the current deadline for Defendants to respond for a period of approximately ten (10) days. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

Based on the foregoing, the parties stipulate that the new date for Defendants to file an answer or other dispositive pleading is September 21, 2026. The parties further request that all other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

DATED: September 10, 2026

Respectfully submitted,

ERIC GRANT
United States Attorney

By: *<u>/s/ Catherine J. Swann</u>*
CATHERINE J. SWANN
Assistant United States Attorney
Counsel for the United States

By: *<u>/s/ Robert Jobe (as authorized on September 10, 2026)</u>*
ROBERT JOBE
Counsel for Plaintiff

ORDER

Based on the foregoing stipulation, it is hereby ORDERED that:

1. Defendants shall have through and including September 21, 2026, to file an answer or other dispositive pleading; and

2. All other associated dates, including any status or scheduling conferences and/or filing deadlines, be similarly extended.

Dated: September 11, 2026

/s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE